JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
ANGELICA MARMORSTEIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Angelica.marmorstein@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:   2:21-mj-1037-BNW |
| vs. | **Stipulation Requesting Case be Closed** |
| EDWARS Y. FALCON-VEGA, | |
| Defendant. | |

IT IS STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Roger Bailey, Esquire, counsel for the defendant that the status hearing in the above-captioned matter, be closed.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. The Defendant completed the DUI school, the Victim Impact Panel, and the Eight hour Alcohol Awareness class as required.

2. Defendant paid the $500.00 fine as well as the $10.00 assessment fee.

3. Defendant has completed all required conditions imposed by the Court. The parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1 – Operating a Motor Vehicle while Under the Influence of Alcohol.

4. The Government hereby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

5. The Defendant hereby pleads guilty to the Amended Count 1 of the Complaint.

6. The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

DATED this 23rd day of AUGUST.

RESPECTFULLY SUBMITTED BY:

/s/ Angelica Marmostein
ANGELICA MARMOSTEIN
Assistant United States Attorney

/s/ Roger C. Bailey
ROGER C. BAILEY, ESQ.
Attorney for Edwars Y. Falcon-Vega

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No.:   2:21-mj-1037-BNW |
| vs. ) | |
| ) | **Order to Close the Case** |
| EDWARS Y. FALCON-VEGA, ) | |
| Defendant. ) | |

## FINDINGS OF FACT

## ORDER

Based on the pending stipulation of counsels, and good cause appearing therefore, IT IS HEREBY ORDERED that the status hearing be vacated and the case be closed.

DATED this ___25th___ day of August, 2022

_____
UNITED STATES MAGISTRATE JUDGE

3